UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ELIZABETH TORRES** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | CIVIL ACTION NO. 1:22-cv-00100-RC |
| | § | |
| **ALLSTATE VEHICLE AND** | § | |
| **PROPERTY** | § | |
| **INSURANCE COMPANY** | § | |
| *Defendant.* | | |

## JOINT NOTICE OF SETTLEMENT

To the Honorable Court:

Plaintiff Elizabeth Torres and Defendant, Allstate Vehicle and Property Insurance Company, respectfully give notice to the Court that the parties have settled this matter. The parties will exchange settlement paperwork and a Joint Stipulation of Dismissal will be forthcoming.

Respectfully submitted,

**Valdez & Treviño Attorneys at Law, P.C.**
Callaghan Tower
8023 Vantage Dr., Suite 700
San Antonio, Texas 78230
Phone: 210–598–8686
Fax: 210–598–8797

*/s/ Jenna S. Ard*
**Jenna S. Ard**
State Bar No. 24122143
jard@valdeztrevino.com
*Counsel for Defendant*

AND

**JOSE A. CHAPA LAW FIRM, PLLC**
3116 Scenic Way
McAllen, Texas 78503
Phone: (214) 629-0788

*/s/ Jose A. Chapa, Jr. w/ permission*

**Jose A. Chapa, Jr.**
State Bar No. 24113688
jachapa@smu.edu
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically with the United States District Court for the Western District of Texas, San Antonio Division, with notice of case activity to be generated and sent electronically with notice to all counsel of record on this 15th day of March 2023.

Jose A. Chapa
Jose A. Chapa Law Firm, PLLC
3116 Scenic Way
McAllen, Texas 78503
jachapa@smu.edu
*Counsel for Plaintiff*

*/s/ Jenna S. Ard*
**Jenna S. Ard**

{00860982}                                       2