United States District Court
Southern District of Texas
**ENTERED**
April 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ELIZABETH TORRES, § § § Plaintiff, § § VS. § ALLSTATE VEHICLE AND PROPERTY § INSURANCE COMPANY, § § Defendant. § | CIVIL NO. 1:22-CV-00100 |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' "Joint Stipulation of" (Dkt. No. 26). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on April 10, 2023.

_____
Rolando Olvera
United States District Judge